In the Matter of Proving the Last Will and Testament of CATHERINE C. DEVINE, Also Known as CATHERINE DEVINE, Deceased.— The undertaking having been filed, appellant is relieved of his default in failing to file in time and motion for stay is granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of Proving the Last Will and Testament of JOHN O'DELL, Deceased. MARY ETTA NOZELL, as Executrix, etc., of JOHN O'DELL, Deceased, and P. M. BUTTENHEIM, Special Guardian for GEORGE O'DELL, an Alleged Incompetent, Appellants. GILES O'DELL, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied as unnecessary. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Petition of SAMUEL J. PINSKER, Respondent, to Register the Title to Certain Lands. DE BUR REALTY Co., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Petition of RESTEL REALTY CORPORATION, Respondent, to Register the Title to Certain Lands in Suffolk County. MATTHEW W. HOYLE and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Petition of SAMUEL WEISS, Respondent, to Register the Title to Certain Lands. DE BUR REALTY Co., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.